Pro Se 10 2016

FILED _____ ENTERED
_____ LODGED _____ RECEIVED

FEB 27 2023    JC

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

KEVIN L. ROBERTS

_____

_____,

Plaintiff(s),

v.

THE BANK OF NEW YORK MELLON

F/K/A THE BANK OF NEW YORK

NATIONSTAR/MR COOPER       ,

Defendant(s).

CASE NO. 23-cv-262-TL
[to be filled in by Clerk's Office]

COMPLAINT FOR CONVERSION
OF PROPERTY
(28 U.S.C. § 1332; Diversity of
Citizenship)

Jury Trial: ☐ Yes  ☐ No

## I.    THE PARTIES TO THIS COMPLAINT

A.    Plaintiff(s)

   *Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.*

   Name            KEVIN L. ROBERTS
   Street Address  15606 408TH AVE SE.
   City and County NORTH BEND   KING COUNTY
   State and Zip Code  WA. 98045
   Telephone Number  425-531-1743

COMPLAINT FOR CONVERSION OF PROPERTY - 1

*Pro Se 10 2016*

B.    Defendant(s)

*Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.*

Defendant No. 1

| | |
|---|---|
| Name | BANK OF NEW YORK MELLON |
| Job or Title *(if known)* | TRUSTEE |
| Street Address | 240 GREENWICH STREET |
| City and County | NEW YORK |
| State and Zip Code | NEW YORK 10286 |
| Telephone Number | 212-495-1784 |

Defendant No. 2

| | |
|---|---|
| Name | NATIONSTAR / MR COOPER |
| Job or Title *(if known)* | MASTER SERVICER |
| Street Address | 350 HIGHLAND DR. |
| City and County | LEWISVILLE |
| State and Zip Code | TX. 75067 |
| Telephone Number | 469-549-3329 |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |

COMPLAINT FOR CONVERSION OF PROPERTY - 2

*Pro Se 10 2016*

Defendant No. 4

    Name                          _____

    Job or Title *(if known)*       _____

    Street Address             _____

    City and County           _____

    State and Zip Code        _____

    Telephone Number         _____

## II.    BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be  heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  (check all that apply)

☒  Federal question          ☐  Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

PER THE SECURITY EXCHANGE COMMISSION THE BANK OF NEW YORK MELLON AND NATIONSTAR | MR COOPER VIOLATED THE POOLING AND SERVICING AGREEMENT WHICH I HAVE THE CERTIFIED COPY OF!

COMPLAINT FOR CONVERSION OF PROPERTY - 3

Pro Se 10 2016

B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.  If the plaintiff is an individual.

KEVIN L. ROBERTS

The plaintiff (*name*) Click here to enter plaintiff's name., is a citizen of the State of

WASHINGTON

(*name*) Click here to enter plaintiff's state.

b.  If the plaintiff is a corporation.

The plaintiff, (*name*) Click here to enter plaintiff's name., is incorporated under the laws

of the State of (*name*) Click here to enter state, is incorporated under the laws of the State of (*name*)

Click here to enter state, and has its principal place of business in the State of (*name*) Click here

to enter state.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.  If the defendant is an individual.

The defendant,  (*name*) Click here to enter defendant's name., is a citizen of the State of

(*name*) Click here to enter state. Or is a citizen of (*foreign nation*) Click here to enter country..

b.  If the defendant is a corporation.

BANK OF NEW YORK MELLON - NATIONSTAR / MR COOPER

The defendant,  (*name*) Click here to enter defendant's name., is incorporated under the

NEW YORK AND TEXAS

laws of the State of (*name*) Click here to enter state, and has its principal place of business in the

NEW YORK AND TEXAS

State of (*name*) Click here to enter state.

Or is incorporated under the laws of (*foreign nation*) Click here to enter country., and has

its principal place of business in (*name*) Click here to enter location..

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

COMPLAINT FOR CONVERSION OF PROPERTY - 4

Pro Se 10 2016

1

### III.    THE AMOUNT IN CONTROVERSY

2    The amount in controversy-the amount the plaintiff claims the defendant owes or the

3    amount at stake-is more than $75,000, not counting interest and costs of court, because (*explain*):

4    1,460,443.70 PURCHASED BY BANK OF NEW YORK MELLON AT FORECLOSURE

5    SALE.

6

7    ### IV.    STATEMENT OF CLAIM

8    A.    Describe the property that you own that is the subject of this complaint, including its

9         value.

10        AS A GENERAL CONTRACTOR I BUILT A 3,225 SQ. FT. HOME ON 2.5

11        ACRES IN 2000!

12

13    B.    How and when did you come to own the property?

14        2001 I MOVED IN WHEN I WASN'T ABLE TO FIND A BUYER AT THAT TIME!

15

16

17    C.    How and when did the defendant(s) obtain possession of the property? Describe with

18         particularity the actions the defendant(s) took to convert the property.

19        FORECLOSURE FILED MARCH 23, 2017 HEARING WAS SET FOR MAY 19, 2017

20        MY ATTORNEY JILL SMITH / NATURAL RESOURCE LAW DIDN'T SHOW FOR THE HEARING

21        JUDGE ROSEN AWARDED BANK OF NEW YORK MELLON MY HOME! JILL SMITH WAS DISBARRED

22

23

24

COMPLAINT FOR CONVERSION OF PROPERTY - 5

Pro Se 10 2016

1   D.   *(If the defendant(s) rightfully came into possession of the property):* Describe how and

2   when you notified the defendant(s) that the property belonged to you. Describe how and

3   when you demanded that the defendant(s) deliver or return the property, and what

4   response you received from the defendant(s). Attach a copy of any written

5   correspondence with the defendant(s), if such copies exist.

6   I ATTEMPTED TO HAVE THE JUDGEMENT VOIDED BUT BECAUSE JILL SMITH DIDNT

7   FILE A COMPLAINT OF VIOLATIONS OF THE POOLING AND SERVICING AGREEMENT

8   JUDGE ROSEN CALLED IT CASE LAW EVEN THOUGH A FEDERAL LAW WAS VIOLATED!

9          **V.   RELIEF**

10  *State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do
not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing*

11  *at the present time. Include the amounts of any actual damages claimed for the acts alleged and
the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts,*

12  *and the reasons you claim you are entitled to actual or punitive money damages.*

13  BASED ON WHAT I HAVE BEEN THROUGH FOR THE LAST 15 YEARS I

14  REQUEST TITLE TO my HOME PLUS 10,000,000.00 MILLION FOR THE

15  PAIN AND SUFFERING I HAVE GONE THROUGH MENTALLY!

16        **VI.   CERTIFICATION AND CLOSING**

17      Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my

18  knowledge, information, and belief that this complaint: (1) is not being presented for an improper

19  purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation;

20  (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or

21  reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so

22  identified, will likely have evidentiary support after a reasonable opportunity for further

23  investigation or discovery; and (4) the complaint otherwise complies with the requirements of

24  Rule 11.

COMPLAINT FOR CONVERSION OF PROPERTY - 6

*Pro Se 10 2016*

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 2-27-2023

Signature of Plaintiff

Printed Name of Plaintiff KEVIN L. ROBERTS

Date of signing:

Signature of Plaintiff

Printed Name of Plaintiff

Date of signing:

Signature of Plaintiff

Printed Name of Plaintiff

1
2
3
4
5
6
7

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF WASHINGTON**

8    In re:                                            Case No.: 21-11991-CMA

9    Kevin L. Roberts                                  Chapter 13

10                          Debtor(s).                 **DECLARATION OF KEVIN ROBERTS**

11
12
13
14         I, Kevin Roberts, hereby state and declare as follows:

15   1.    I am over the age of majority and am competent to make the statements contained herein.

16   2.    I make these statements based on personal knowledge.

17   3.    I am the non-moving party in the above-referenced matter.

18   4.    I wanted to give the court some background information so that it can relate to my dilemma.

19   5.    The story is a long and sordid one. Yes, when I was deceived my money situation was not

20   the best. This still does not justify the treatment I received at the hands of the banks referenced

21   herein.

22   6.    I initially refinanced my home with Countrywide Home Loans in November of 2004 where

23   my first payment was due on January 5, 2005. Everything was uneventful for the next three years.

24   7.    Problems arose in 2008. I was not able to make my payment on February 1st, 2008 because I

25   had been scammed by someone on a home that I had built as a General Contractor in North Bend,

WA.

DECLARATION OF KEVIN ROBERTS- 1

Shuffield Bankruptcy Law
14900 Interurban Avenue S, Suite 287
Tukwila, WA 98168
(206) 647-4565 ext. 161
Fax: (206) 681-9466

8.    Because of this unfortunate circumstance, I was forced to file bankruptcy and I lost my business. The Bankruptcy was ultimately discharged on April 8th, 2009. It took me about 4 ½ years to finally have the scammer indicted on a series of felonies. The lady was convicted and spent 24 months in jail.

9.    Because of my financial issues, I went to work at having my loan modified by Countrywide. Unfortunately, my application was denied.

10.    The reason for the rejection was that Countrywide was being sued by the Attorney General of the State of Washington. The next year, in September of 2009 there was a settlement with Countrywide that contained provisions that would allow me to modify my loan.

11.    I excitedly contacted Countrywide about a potential arrangement. Countrywide informed me however that it no longer owned my mortgage. Instead the owner of the note was now Bank of America ("B of A") and it so happened that B of A had bought out Countrywide in June of 2008, a year before the settlement. I contacted B of A and continued to try to modify my loan. B of A personnel informed me that they are not Countrywide, so that they were not bound by the terms of the Countrywide settlement. Essentially, I had attempted to modify my loan through B of A only to be rejected.

12.    At this point, ReconTrust had become involved. ReconTrust started the foreclosure process on my home.

13.    It turns out however that ReconTrust was operating in the state of Washington inappropriately because it wasn't licensed to do business here and it had no physical location in Washington state.

14.    In fact both Bank of America and ReconTrust were ultimately sued by the Attorney General of WA State. Ultimately a settlement was reached with B of A and ReconTrust. Then the ball was passed onto Specialized Loan Servicing ("SLS").

15.    I again attempted to modify my loans, this time with SLS, only to be turned down under the

DECLARATION OF KEVIN ROBERTS- 2

HAMP Program.

16.     My then-attorney Stu Carson and I went into loan modification mediation with SLS and the State of Washington.  During the mediation we discovered that SLS had not correctly stated the amount that was owed on the loan so that I couldn't qualify.  After the meeting, SLS and their Attorney General turned over my mortgage servicing responsibilities to Nationstar, now known as Mr. Cooper.  After seven and half years, I was now being foreclosed on by Bank of New York Mellon for Bella Vista Mortgage Trust.

17.     At this point, I hired Jill Smith with Natural Resource Law to represent me.  Jill immediately filed lawsuits against Countrywide Home Loans, Bank of America, ReconTrust, MERS, SLS, Nationstar, Bank of New York Mellon and Bella Vista Mortgage Trust.  In one hearing we were told by the Judge, we could not continue the lawsuit until the foreclosure was thrown out, so we were again denied.

18.     Although Ms. Smith hadn't told me, a date had been set for the foreclosure of my home. On the day of the hearing Jill did not show up and instead was contacted via phone by Judge Rosen. Because of her absence at the Judicial Foreclosure hearing, Judge Rosen granted the Bank of New York Mellon's request to foreclose.

19.     Shortly after that, I was contacted by Jill Smith who indicated that she was withdrawing herself from my case.  I only later learned that she was experiencing problems which would prevent her from continuing to represent me.

20.     This is when I hired Charles Greenberg of Triad Law Group. I discovered that the reason Jill withdrew from my case was because her license had been suspended for 3 years.  It appeared in the report from the Bar Association that she was having mental health issues although the Bar does not disclose the exact nature of her condition.

21.     Judge Rosen rejected our motion to vacate and/or have the Judicial Foreclosure thrown out because we could not pinpoint the exact nature of her problems.

DECLARATION OF KEVIN ROBERTS- 3

22.   We appealed. Unfortunately we were denied once again.

23.   I now know that Jill Smith should or could have filed a Quiet Title on my property instead of suing all these companies cited in paragraph 17 above, because 7 ½ years had passed before the Judicial Foreclosure was filed and I have since searched the internet to find out that there was a class action lawsuit brought against Bank of New York Mellon for foreclosing on properties after the statute of limitations. From my perspective, this is exactly what has happened to me in the State of Washington.  In addition, I discovered that Bella Vista Mortgage Trust had filed Bankruptcy and wrote off the debt.

24.   This is when the loan was passed onto Bella Vista Mortgage Trust. Since they no longer exist, I contacted the Securities and Exchange Commission and filed a complaint against these companies.  All of these companies have passed interest after being sued by numerous states, from Countrywide to B of A, to SLS, to Nationstar and Bank of New York Mellon.

25.   Some 13 ½ years after the fact, I have yet to have the opportunity to depose anyone or to plead my case to a jury.

26.   Consider my current situation: the Securities and Exchange Commission had contacted me and informed me that there was an investigation into actions that the Bank of New York Mellon had taken.  The Attorney I spoke to recommended that I contact the Attorney General's office in the State of Washington and file a complaint immediately.

27.   It is my understanding that Bank of New York Mellon has an office in Seattle, but no one was there when we tried to deliver documents.  The Attorney General sued ReconTrust for the same reason.

28.   I hope that the court will consider my situation. I have submitted a complaint to the attorney general in the hopes that they will investigate and help me determine what is going on.

DECLARATION OF KEVIN ROBERTS- 4

Shuffield Bankruptcy Law
14900 Interurban Avenue S, Suite 287
Tukwila, WA 98168
(206) 647-4565 ext. 161
Fax: (206) 681-9466

1

2
Dated this 3rd Day of February, 2022.

3

4                                              /s/ Kevin Roberts
                                               Kevin Roberts
5                                              Debtor

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

DECLARATION OF KEVIN ROBERTS- 5

Shuffield Bankruptcy Law
14900 Interurban Avenue S, Suite 287
Tukwila, WA 98168
(206) 647-4565 ext. 161
Fax: (206) 681-9466



BNY MELLON

240 Greenwich Street
18th Floor
New York, NY 10286

October 20, 2021

Office of Attorney General, State of Washington
800 Fifth Avenue
Suite 2000
Seattle, WA  98104-3188
Attention: Katherine Mauchamer, Foreclosure Compliance & Consumer Services Specialist

Re:    **Kevin Roberts Complaint Number: 571415 – 15606 468th Avenue, SE, North Bend, WA  98045 (the "Property")**

Dear Ms. Mauchamer,

　　　We are in receipt of your correspondence dated October 5, 2021 directed to The Bank of New York Mellon, in connection with the above-referenced Property, a copy of which is attached.

　　　The Bank of New York Mellon, formerly known as The Bank of New York (the "Bank"), has completed its investigation concerning the matters specified in your letter (the "Letter") related to the above referenced Property. The Bank, as trustee for Bellavista Mortgage Trust 2004-2 Mortgage Pass-Through Certificates, Series 2004-2 (the "Trust"), does not have the authority to modify, foreclose on, or respond to concerns related to, the mortgage loan (the "Mortgage Loan") secured by the Property under the Trust's pooling and servicing agreement (the "Agreement").

　　　All servicing practices under the Agreement, including decisions concerning modifications, foreclosure and enforcement of the Mortgage Loan, fall solely under the authority of Mr. Cooper, formerly known as Nationstar Mortgage LLC, who is the master servicer for the Trust (the "Master Servicer"). Therefore, we have forwarded your letter concerning the Property to the Master Servicer.

　　　**The Master Servicer has advised that any questions concerning such servicing practices related to the Property be directed to LaQuinte Proby, Consumer Relations Liaison Manager, Mr. Cooper at laquinte.proby@nationstarmail.com or (469) 549-3329. Any written communications should be sent to LaQuinte Proby's attention at Nationstar Mortgage LLC, 350 Highland Drive, Lewisville, TX  75067.**

Very truly yours,

/s/Michael Casteele
Senior Legel Assistant
The Bank of New York Mellon

Enclosure
**With email copy to:**
**Mr. Cooper**
**laquinte.proby@nationstarmail.com**



P.O. Box 619098
Dallas, TX 75261-9741

**OUR INFO**
**ONLINE**
www.mrcooper.com

Katherine Mauchamer
Attorney General of Washington
Consumer Protection Division
Consumer Resource Center
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188

January 12, 2022

**ACCOUNT INFO**
**LOAN NUMBER:** 618604276
**CASE NUMBER:** 0003301804
**REFERENCE:** 571415
**PROPERTY ADDRESS:**
15606 468th Ave Southeast
North Bend, WA 98045
**MORTGAGORS:**
Kevin Roberts
Brenda Roberts

Dear Katherine Mauchamer :

We received your letter on December 23, 2021, and have put together this reply with information that we hope will alleviate your concerns. After an investigation, we are sharing with you what we found.

**Foreclosure**

The servicing of the account transferred to Nationstar Mortgage LLC, dba Mr. Cooper, on April 1, 2014. Our record reflect that the account was transferred in foreclosure and was contractually due for the February 1, 2008, installment, past due payments, and applicable fees and costs at that time. Mr. Cooper has not received any payments to date.

Please note that the account is not in foreclosure at this time as our records reflect that Mr. Roberts filed a Chapter 13 Bankruptcy on October 29, 2021 and is in litigation. Therefore, any proceedings are on hold. Any breaches in settlement as mentioned in the correspondence will need to be addressed by Bank of America, N.A.. As such, Mr. Roberts will need to contact Bank of America, N.A. for any questions or concerns he may have.

We cannot attest to the claims mentioned in Mr. Roberts' correspondence regarding the issues he has had with his attorney or the court. Our records reflect that the issues mentioned within his correspondence have heard by the court and his claims have been denied. As such, our records do not reflect there is any merit in his claims. We have enclosed the court pleadings for review.

Mr. Cooper is a brand name for Nationstar Mortgage LLC.  Nationstar Mortgage LLC is doing business as Nationstar Mortgage LLC d/b/a Mr. Cooper.  Mr. Cooper is a registered service mark of Nationstar Mortgage LLC.  All rights reserved.

**Please be advised this communication is sent for informational purposes only and is not intended as an attempt to collect, assess, or recover a claim against, or demand payment from, any individual protected by the U.S. Bankruptcy Code. If this account has been discharged in a bankruptcy proceeding, be advised this communication is for informational purposes only and not an attempt to collect a debt against you; however, the servicer/lender reserves the right to exercise the legal rights only against the property securing the loan obligation, including the right to foreclose its lien under appropriate circumstances. Nothing in this communication shall be construed as an attempt to collect against the borrower personally or an attempt to revive personal liability.**

If you are a successor in interest (received the property from a relative through death, devise, or divorce, and you are not a borrower on the loan) that has not assumed, or otherwise become obligated on the debt, this communication is for informational purposes only and is not an attempt to collect a debt from you personally.


EQUAL HOUSING
OPPORTUNITY



Mr. Cooper is the holder of the Note and Mortgage and has the right to foreclose on the above property. We will continue to appropriately service the account in accordance with its bankruptcy status under the guidelines set forth by the U.S. Bankruptcy Court. We have enclosed the Note and Mortgage for review.

There has been no request for payment assistance received or reviewed on this account with Mr. Cooper. However, due to the delinquency of the account, there is not guarantee that the account would be eligible for a loan modification at this time.

---

**RESPA RESPONSE TO NOTICE OF ERROR**

Under applicable federal law, we are required to inform you that after completing a reasonable investigation into the issues described above, it has been determined that no error occurred.You have the right to access the documents we used in this investigation and we have enclosed them. Those documents are:

- Note
- Mortgage
- Court Pleadings (3)
- Mortgage Loan Statement
- Escrow Review Statement

---

In accordance with the State of Washington guidelines, we have enclosed the most recent Informational Statement that indicates the Unpaid Principal Balance (UPB), and the escrow balance, and any suspense balance. We have also enclosed a copy of the Escrow Review Statement that will provide a detailed description of all disbursements made on the escrow account as well as any payments towards the escrow account for the prior year. It will also provide a breakdown of how the escrow payments have been calculated, including any shortages that may exist.

Our records indicate The Bank of New York Mellon as Trustee for Bellavista Mortgage Trust 2004-2, is the current owner of the Note. As requested, we have provided the address and phone number below:

The Bank of New York Mellon
101 Barclay St,
New York NY 10286
Phone: 212.815.8131

Please note that Mr. Cooper is the servicer and holder of the Note, and will be responsible for responding to any concerns regarding the servicing of the loan. Servicing matters include but are not limited to the following:

- Payment assistance and modifications
- Payment posting
- Validation of the debt
- Foreclosure proceedings
- Payment adjustments



Please direct any communication related to these matters to Mr. Cooper using the contact information below. Please note The Bank of New York Mellon as Trustee for Bellavista Mortgage Trust 2004-2 will not be able to assist with any of these matters.

If Mr. Roberts has any additional questions, his Dedicated Loan Specialist is Christina Long and can be reached at 903.653.0828 or via mail at the address listed above. Our hours of operation are Monday through Thursday from 7 a.m. to 8 p.m. (CT), Friday from 7 a.m. to 7 p.m. (CT) and Saturday from 8 a.m. to 12 p.m.

I hope this information is helpful and addresses your concerns. If you have any specific questions about the information I have provided, please contact me directly, using the information below.

Sincerely,

*Chandler Williams*

Chandler Williams
Mr. Cooper
Customer Relations Specialist
PO Box 619098
Dallas, TX 75261-9741
Phone: 469.549.3481
Fax: 972.966.4751
E-mail: chandler.williams@mrcooper.com

Enclosures 7
By E-mail crc@atg.wa.gov
cc: Rochelle Shuffield

Are you experiencing a financial hardship? Our local non-profit partners can help with financial counseling and other services. Please visit these websites for assistance:

- Hud.gov
- Neighborworks.org



# IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON IN AND FOR KING COUNTY

| | |
|---|---|
| THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS TRUSTEE FOR BELLAVISTA MORTGAGE TRUST 2004-2<br><br>        Plaintiff,<br>vs.<br>BRENDA S. ROBERTS, KEVIN L. ROBERTS; ET AL.<br>        Defendants. | **SHERIFF'S RETURN ON SALE OF REAL PROPERTY**<br><br>Cause No.  16-2-09174-1 SEA<br><br>Judgment Rendered on: 7/14/2017<br>Order of Sale Issued:  4/12/2022<br>Date of Levy:  4/26/2022<br>Date of Sale:  7/1/2022 |

The Sheriff of King County, through the civil unit supervisor or his or her designee, certify that the King County Sheriff's Office levied upon and sold the following real property at public auction, after due legal notice to:

**THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS TRUSTEE FOR BELLAVISTA MORTGAGE TRUST 2004-1**

who was the highest and best bidder therefore, at such sale, for the sum of: One Million Four Hundred Sixty Thousand Four Hundred Forty-Three and 70/100 ($1,460,443.70) Dollars, the real estate, situate in King County, State of Washington, further described as:

PARCEL A: LOT(S) T-2 OF KING COUNTY SUBDIVISION NO. 08839, RECORDED UNDER KING COUNTY RECORDING NO. 8307250428, AMENDED BY KING COUNTY BOUNDARY LINE ADJUSTMENT NO. L97L0131, RECORDED UNDER KING COUNTY RECORDING NO. 20000207900005.
PARCEL B: A NON-EXCLUSIVE EASEMENT FOR INGRESS AND EGRESS AS DELINEATED ON SAID SHORT PLAT. EXCEPT THOSE PORTIONS LYING WITHIN PARCEL A ABOVE.

Page 1 of 2

D-108 5/2015



The Sheriff's Office levied by filing a copy of the document with a description of the property, with the Recorder of King County. The Sheriff's Office caused to be posted a notice of the time and place of sale, particularly describing the property, for a period not less than four weeks prior to the date of sale in two public places in the County. One was posted at the first-floor lobby of the County Courthouse. In case of improved real estate, one was posted at the front door of the principal building constituting such improvement. The Sheriff's Office caused a copy of said notice to be published once a week, consecutively, for the same period in a legal newspaper of general circulation published for this county, as shown by the affidavit of the publisher attached hereto and incorporated by this reference. On the date established for sale, the Sheriff's Office sold at public auction the subject property in separate known lots or parcels, or otherwise as was most likely to bring the highest price, in the manner specified by law. The Sheriff's Office thus struck off the property to the purchaser for the price specified; applied the proceeds to the judgment, interest and costs; issued a certificate of purchase; and delivered the certificate of purchase and the money paid at auction, if any, to the Clerk of the Court, noting that said real estate may be subject to redemption according to law. The Sheriff's Office further notes that there resulted a deficiency of $18,913.72.

WHEREFORE I return said Order of Sale on Real Property, with the Return of my doings thereunder, as above set forth, to the Clerk of the Court named therein.

WHEREFORE I return said Order of Sale on Real Property, with the Return of my doings thereunder, as above set forth, to the Clerk of the Court named therein and RELEASE FROM LEVY the real property held thereunder.

PATRICIA COLE-TINDALL, SHERIFF
KING COUNTY, WASHINGTON

By: 
 Reynaud LeBoeuf
 Civil Unit Lead
 King County Sheriff's Office
 516 3rd Avenue Room W-150
 Seattle, WA 98104

SHERIFF'S FEES

Filing Notice ($36.00)
Levy ($81.00)
Notice to Publisher ($2.00)
Posting ($57.00)
Recorders Fee ($212.50)
Return to Court ($28.00)
Service of Writ ($48.00)
Certified Mail ($18.00)
Certificate of Purchase ($81.00)
Conducting Sale ($81.00)
Postponement ($57.00)
Mileage ($70.00)
Total: $771.50

ATTORNEY:
MCCARTHY & HOLTHUS, LLP
108 1ST AVENUE S
STE 300
SEATTLE, WA 98104
206-596-4856

Page 2 of 2

D-108 5/2015

COPY