UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KEVIN L. ROBERTS,<br><br>    Plaintiff,<br> v.<br><br>THE BANK OF NEW YORK MELLON, trustee, NATIONSTAR MR. COOPER, Master Servicer,<br><br>    Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NO. 2:23-cv-262 |

☐  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒  **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT Plaintiff Kevin Roberts's case is DISMISSED with prejudice and Roberts's motion for an extension, Dkt. No. 38, is DENIED. The Court directs the Clerk to close this case.

Dated November 4, 2024.

                Ravi Subramanian
                Clerk of Court


                */s/ Serge Bodnarchuk*
                Deputy Clerk